UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KJEAN SEAFOOD and <br> KENAN BUCHERT <br>      Plaintiffs <br> v. <br><br> AMERICAN SEAFOODS, INC. and <br> WAYNE T. HESS <br>      Defendants | CIVIL ACTION <br><br> NO. |

## NOTICE OF REMOVAL

American Seafoods, Inc. (hereinafter referred to as "American"), a closely-held corporation organized under and existing by virtue of the laws of the State of Louisiana, and Wayne Hess (hereinafter referred to as "Hess")(collectively, hereafter referred to as "Defendants"), sought to be made defendants in the captioned matter, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  This Notice of Removal is filed with full reservation of any and all rights, defenses and objections, including but not limited to no right of action or cause of action, failure to join necessary or indispensable parties, laches, estoppel, vagueness or ambiguity of the petition, and as grounds for removal, Defendants aver as follows:

### INTRODUCTION

1. On April 24, 2012,  Kjean Seafood and Kenan Buchert filed the Petition in Civil District Court for the Parish of Orleans, State of Louisiana, naming American and Hess as defendants.

2. According to the Petition, Hess has allegedly violated the Louisiana Unfair Trade Practices Act La. R.S. 51:1405 *et seq.*, the Louisiana Uniform Trade Secrets Act La. R.S. 1431 *et*

*seq.*, and the Federal RICO statute (18 U.S.C. § 1961 *et seq.*, allegedly causing damage to Kjean Seafood and Kenan Buchert.  Further, the Petition alleges that, due to Hess' position with American as Vice-President, American is jointly and severally liable with Hess.

3. Given the allegation that Hess has violated the Federal RICO statute 18 U.S.C. § 1961 *et seq.*, and, in turn, caused damage to Kjean Seafood and Kenan Buchert, American and Hess both wish to remove this cause based on federal question subject matter jurisdiction provided by 28 U.S.C. § 1331.

## PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

4. On April 24, 2012, Kjean Seafood and Kenan Buchert filed the Petition, initiating the matter styled *Kjean Seafood and Kenan Buchert v. American Seafoods, Inc. and Wayne Hess*, Civil District Court for the Parish of Orleans, State of Louisiana, No. 2012-03975, Division "D," Section 16.

5. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal was filed within thirty (30) days after service upon the first defendant.  Hess served in his capacity as the registered agent for service of process for American on May 1, 2012.  Thereafter, Hess was served in his individual capacity on May 3, 2012.

6. In accordance with 28 U.S.C. § 1447(b) as well as the local rules for United States District Court for the Eastern District of Louisiana, the parties still remaining in this action are as follows:

(a) Kjean Seafood, Plaintiff; represented by Phil C. Nugent (#20038), Phil C. Nugent & Associates, P.C., 1040 North Carrollton Ave., New Orleans, LA 70119, Telephone: (504) 234-2158, Email: philcnugent@gmail.com;

(b) Kenan Buchert, Plaintiff; represented by Phil C. Nugent (#20038), Phil C. Nugent & Associates, P.C., 1040 North Carrollton Ave., New Orleans, LA 70119, Telephone: (504) 234-2158, Email: philcnugent@gmail.com;

(c) American Seafoods, Inc., Defendant; represented by Stephen D. Hébert (#28074), Stephen D. Hébert, LLC, 700 Camp St., New Orleans, LA 70130, Telephone: (504) 528-9500, Email: shebert@hebert-law.com; and

(d) Wayne T. Hess, Defendant; represented by Stephen D. Hébert (#28074), Stephen D. Hébert, LLC, 700 Camp St., New Orleans, LA 70130, Telephone: (504) 528-9500, Email: shebert@hebert-law.com.

7. In accordance with 28 U.S.C. §§ 1446(a) and 1447(b) as well as the local rules for United States District Court for the Eastern District of Louisiana, a copy of all process, pleadings and orders served on Defendants is attached hereto as **Exhibit A**.

8. Venue is vested with this Honorable Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the Eastern District of Louisiana is the federal judicial district embracing the Civil District Court for the Parish of Orleans, State of Louisiana, where the state court action was originally filed.

9. Proof that both Defendants join in this Removal is provided herein.

10. Written notice of this filing of this Notice of Removal will be promptly served on Counsel for Kjean Seafood and Kenan Buchert as required by law.

11. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of Court for Civil District Court for the Parish of Orleans, State of Louisiana.

12. Defendants, American and Hess, hereby reserve all objections and defenses that

they may have to this action.

                                     Respectfully submitted,

                                       **STEPHEN D. HÉBERT, L.L.C.**

                                     /s/      Stephen D. Hébert
                                     **STEPHEN D. HÉBERT (#28074)**
                                     700 Camp Street, Suite 104
                                     New Orleans, LA 70130
                                     Telephone: (504) 528-9500
                                     Facsimile: (504) 934-2000
                                     shebert@hebert-law.com

                                     Counsel for American Seafoods, Inc.
                                     and Wayne Hess

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing NOTICE OF REMOVAL  has been forwarded to all counsel of record by United States mail, properly addressed and postage pre-paid, on this 23rd day of May, 2012.

                                       /s/      Stephen D. Hébert