ATTORNEY'S NAME: Nugent, Phil  20038
AND ADDRESS: 1040 N Carrollton Ave
New Orleans   LA  70119-3712

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO:  2012 -- 03975   2        DIVISION: D        SECTION: 16

KJEAN SEAFOOD   ET AL VERSUS AMERICAN SEAFOODS, INC.   ET AL

## CITATION

TO: HESS, WAYNE
THROUGH:
Registered Agent of Process for American Seafoods, Inc.
3034 George Nick Connor Drive
New Orleans,         LA    70119

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
PETITION W/VERIFICATION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    April 24, 2012   .

Clerk's Office, Room 402, Civil Courts        DALE N. ATKINS, Clerk of
421 Loyola Avenue                             The Civil District Court
New Orleans, LA                               for the Parish of Orleans
                                              State of LA
                                              by _____
                                                       Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE  10:78 PM        DOMICILIARY SERVICE

On this __1__ day of __May 2012__        On this ____ day of _____
_____ served a copy of the w/i petition  _____ served a copy of the w/i petition
PETITION W/VERIFICATION                   PETITION W/VERIFICATION

On                                        On
   HESS, WAYNE                               HESS, WAYNE

THROUGH:                                  THROUGH:

                                          by leaving same at the dwelling house, or usual place of
                                          abode, in the hands of _____
                                          a person of suitable age and discretion residing therein as
Returned same day                         a member of the domiciliary establishment, whose name
_____ No. 157                 and other facts connected with this service I learned by
Deputy Sheriff of Orleans                 interrogating HIM / HER the said _____
Mileage: $                                HESS, WAYNE

____/ ENTERED /____                       being absent from the domicile at time of said service.
PAPER  9502  RETURN                       Returned same day
_____/_____/_____                                          No. _____
SERIAL NO. DEPUTY  PARISH                 Deputy Sheriff of **VERIFIED**
                                          Janice LeCesne
                                          Deputy Clerk

**ATTORNEY'S NAME:** Nugent, Phil  20038
**AND ADDRESS:** 1040 N Carrollton Ave
New Orleans  LA 70119-3712

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2012 -- 03975   1   DIVISION: D   SECTION: 16

KJEAN SEAFOOD   ET AL VERSUS AMERICAN SEAFOODS, INC.   ET AL

## CITATION

**TO:** WAYNE T. HESS
THROUGH:
120 Moonraker

Slidell   LA   70458

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
PETITION W/VERIFICATION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   April 24, 2012   .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition PETITION W/VERIFICATION | On this _____ day of _____ _____ served a copy of the w/i petition PETITION W/VERIFICATION |
| On WAYNE T. HESS | On WAYNE T. HESS |
| THROUGH: | THROUGH: by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ WAYNE T. HESS |
| Returned same day No. _____ Deputy Sheriff of _____ Mileage: $_____ | being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |

____ / ENTERED / ____
PAPER    RETURN
_2_ / _51_ / _____
SERIAL NO.   DEPUTY   PARISH

2718

Nomia
Hess

RECEIVED
COVINGTON-CIVIL
2012 MAY -2 A 11: 45
RODNEY J. STRAIN, JR.
SHERIFF

(36)201203975 - 1.00 -- CIT
Served PERS on
WAYNE T HESS at
120 Moonraker, SLIDELL
Service Date & Time: 5/3/2012 6:05:00AM
At correct address 104 Moonraker Dr.Slidell,La.

2718 - ROMANO, JAMES, St. Tammany Parish

INT:

CIVIL DISTRICT COURT
FILED
2012 MAY -9 A 8: 35

CIVIL DISTRICT COURT PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-3975   DIVISION _____   SECTION _____

KJEAN SEAFOOD AND KENAN BUCHERT

VERSUS

AMERICAN SEAFOODS, INC. AND WAYNE T. HESS

FILED: _____   _____
                                    DEPUTY CLERK

PETITION

The **Petition** of KJean Seafood, Inc. and Kenan Buchert, through undersigned counsel, respectfully asserts the following causes of action and demands for relief to this Honorable Court:

1.

Petitioner KJean Seafood, Inc., "Kjean", is a Louisiana corporation located in and authorized to do and doing business in the Parish of Orleans, State of Louisiana.

2.

Petitioner Kenan Buchert, "Buchert", is a resident and domiciliary of the Parish of Orleans, State of Louisiana. Petitioner Buchert is the sole owner and shareholder of KJean.

3.

American Seafoods, Inc., "American", with Secretary of State Charter Number 30801140 D, and Wayne T. Hess, "Hess" are the named defendants herein.

4.

American, Charter Number 30801140 D, is a corporation registered in the parish of Orleans in the State of Louisiana. American is located in and authorized to do and doing business in the Parish of Orleans, State of Louisiana.

5.

Made defendant herein is Wayne T. Hess ("Hess" or "Defendant"), a person of the full age of majority, and a resident of St. Tammany Parish, Louisiana.

6.

This court has personal jurisdiction over Defendants, American, Charter Number 30801140 D, and Hess, by virtue of their citizenship and domicile within Louisiana. La. C.C.P. art. 6.

7.

Venue is proper in the Parish of Orleans, since the damages suffered by the petitioners by virtue of American and Hess's tortious conduct occurred in this Parish. La. C.C.P. art. 74 (1962 ed.).

8.

Petitioner KJean is a retail seafood business located on 236 N Carrollton Ave, New Orleans, LA 70119. KJean offers raw seafood, boiled seafood and a menu of sandwiches, platters, and other cooked foods. Petitioner Buchert is the sole owner and shareholder of this business.

9.

Defendants, Hess and American are in the business of wholesale seafood distribution.

10.

Defendant, Hess, engaged in a sexual relationship with Liane Buchert, divorcee of Buchert, with the intention of obtaining proprietary information about her previous husband's business, KJean.

11.

The theft, misappropriation and wrongful use of KJean's confidential and proprietary customer, supplier, and other information by American and Hess constitutes conversion under Louisiana law, is a violation of trade secrets and trade practices acts, and constitutes multiple business torts, including interference with prospective business advantage, defamation, and unfair trade practices, for all of which American and Hess are answerable to both KJean and Buchert for economic damages, costs, and attorneys' fees.

12.

Defendants' actions constitute the use or employment of unfair or deceptive methods, acts or practices which have been declared unlawful by La. R.S. 51:1405.

13.

2

Petitioner is entitled to injunction and to recover all damages, including all attorney's fees and costs incurred in seeking recovery, pursuant to La. R.S. 51:1405 *et seq.*

14.

The defendant, Hess, by obtaining and using the KJean's trade secrets, customer list, pricing information and other proprietary information obtained during the course of, and as a result of, sexual relations with Buchert's now-divorced wife, Liane Buchert, is in violation of the Louisiana Uniform Trade Secrets Act, R.S. 51:1431 and as such is liable to petitioners, KJean and Buchert, for all damages caused by the misappropriation.

15.

Defendant Hess's attainment of secrets through route of sexual intercourse with Liane Buchert constituted improper means by inducement of a breach of a duty to maintain secrecy under LA R.S. 51:1431.

16.

Defendant Hess used pricing and other proprietary information gained through breach of confidentiality by Liane Buchert during the course of sexual relations to discourage seafood suppliers to do business with KJean.

17.

Defendant, Hess, used pricing and other proprietary information gained to defame KJean and Buchert under LA R.S. 14:47, which is designed to protect the goodwill and credit of businesses.

18.

Hess told suppliers that Buchert did not pay his bills and thus directly affected KJean's ability to compete in the marketplace in violation of Federal RICO statute. 18 U.S.C.A. § 1961.

19.

Defendant Hess used his positioning as Vice President of American Seafoods, Inc. to defame Buchert. Hess positioned himself as a supplier giving advice to other suppliers, which in turn were defamatory falsehoods. Hess's positioning makes American jointly and severally liable.

20.

As the proximate result of American and Hess's acts, KJean and Buchert have been damaged in the following, non-exclusive respects for which they seek recovery:

    (a) Loss of past and future sales and revenues;

    (b) Loss of business opportunities;

    (c) Loss of reputation and goodwill;

    (d) Emotional distress, pain, and anguish;

    (e) Expenditure of attorney's fees.

21.

WHEREFORE, the petitioners pray that the American Seafoods, Inc., Charter Number 30801140 D, and Wayne T. Hess be served with a copy of this Petition and be cited to appear and Answer same, and that after due proceedings are had, there be Judgment herein in favor of KJean Seafood, Inc. And Kenan Buchert against the American Seafoods, Inc. and Wayne T. Hess for damages caused by:

A. Them to the petitioners (as previously defined) by virtue of the American Seafoods, Inc. and Wayne T. Hess tortious interference with the petitioners' contract with seafood suppliers, for additional damages caused by the American Seafoods, Inc. and Wayne T. Hess's wrongful acts interfering with the petitioners' contract with the seafood suppliers, including its adverse effect upon petitioners' contracts and reputations with pending and potential clients and suppliers, its damage to the petitioners' reputations, and its causing emotional distress, pain and suffering to the petitioner, Kenan Buchert, and

B. Them to be permanently enjoined from those actions as hereinabove described; and

C. Them for the recoverable costs and expenses of this proceeding, and such attorney's fees as are allowed by law, together with interest on the sums awarded from the date due until paid, and for all general and equitable relief.

Respectfully submitted,

*[signature: Phil C. Nugent]*

Phil C. Nugent

Phil C. Nugent & Associates, P.C.
LA Bar No. 20038
1040 North Carrollton Avenue
New Orleans, LA  70119
Telephone: (504) 234-2158
**Attorney for Plaintiffs KJean Seafood and Kenan Buchert**

**Please Serve:**

WAYNE B. HESS
Registered Agent of Process for American Seafoods, Inc.
3034 George Nick Connor Drive
New Orleans, LA 70119

WAYNE T. HESS
120 Moonraker
Slidell, LA 70458

CIVIL DISTRICT COURT PARISH OF ORLEANS

STATE OF LOUISIANA

NO. _____   DIVISION _____   SECTION _____

## KJEAN SEAFOOD AND KENAN BUCHERT

### VERSUS

## AMERICAN SEAFOODS, INC. AND WAYNE T. HESS

STATE OF LOUISIANA

PARISH OF ORLEANS

### VERIFICATION

BEFORE ME, the undersigned authority, personally came and appeared Kenan B. Buchert, who, after being duly sworn, did depose and say, that he has read the foregoing Petition and the allegations contained therein are true and correct to the best of his knowledge, information, and belief.

_____
Kenan B. Buchert

SWORN TO AND SUBSCRIBED before me
This 23 day of April, 2012

_____
Notary Public
My Commission Expires   Wayne E. Garrett, APLC
                        Notary Public
                        LA Bar #5947
                        Issued for Life